Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:    (415) 296-7070
Facsimile:    (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> ABC LEGAL SERVICES, INC. *et al*, <br><br> Defendants. | Case No. CV-11-03542 EJD <br><br> NOTICE OF WITHDRAWAL, AND SUBSTITUTION OF COUNSEL; AND [proposed] ORDER |

PLEASE TAKE NOTICE that Defendant ABC Legal Services, Inc. has retained Weisberg & Miller to substitute as counsel for Simmonds & Narita, LLP in the above-captioned matter.

Withdrawing counsel for Defendant ABC Legal Services, Inc. is:

Tomio B. Narita (SBN 156576)
Jeffrey A. Topor (SBN 195545)
Arvin C. Lugay (SBN 242599)
SIMMONDS & NARITA, LLP
44 Montgomery Street, Ste. 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
Email:  tnarita@snllp.com
        jtopor@snllp.com
        alugay@snllp.com

1  All pleadings, orders, and notices should henceforth be served upon the following
2  substituted counsel for Defendant ABC Legal Services, Inc.:

3      Craig S. Miller (SBN 139682)
    William S. Weisberg (SBN 146284)
4      Kenneth J. Sperandio, Jr., of counsel (SBN 148288)
    WEISBERG & MILLER
5      654 Sacramento St., 3rd Floor
6      San Francisco, CA 94111
    Telephone: (415) 296-7070
7      Facsimile:  (415) 296-7060
    Emails:  cmiller@wmlawfirm.com
8             wweisberg@wmlawfirm.com
           ksperandio@wmlawfirm.com
9

10  The undersigned parties consent to this withdrawal and substitution of counsel.

11  SIMMONDS & NARITA, LLP            WEISBERG & MILLER

12
13  Oct. 10, 2011     /s/          Oct. 10, 2011     /s/
              By: Tomio B. Narita                   By: Craig S. Miller
14
15
16  The above withdrawal and substitution of counsel is approved, and it is so ORDERED.
17
18
19  Dated: Oct. 18, 2011                           [signature]
20                                        Edward J Davila,
                                      U.S. District Court Judge

Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Defendant
ABC Legal Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI, et al.<br><br>Plaintiff,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., *et al*,<br><br>Defendants. | Case No. CV-11-03542 EJD<br><br>**CERTIFICATE OF SERVICE** |

Page 1 of 2

Ansari v. ABC Legal Service, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Jose Division, Case No. CV-11-03542 EJD
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Jerry M. Dumlao declare:

I am employed in San Francisco County. I am over the age of 18 years and not a party to the within action. My business address is WEISBERG & MILLER, 654 Sacramento Street, 3rd Floor, San Francisco, CA 94111.

I am readily familiar with WEISBERG & MILLER's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served:

NOTICE OF WITHDRAWAL, AND SUBSTITUTION OF COUNSE; AND [PROPOSED] ORDER

on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at WEISBERG & MILLER.

| | |
|---|---|
| Fred W. Schwinn, Esq.<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Ste. 1014<br>San Jose, CA 95113-2418<br>Tel: (408) 294-6100<br>*Atty for Plaintiffs, Allen Ansari & Mirjana Ansari* | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on October 11, 2011.

*/s/ Jerry M. Dumlao*

Jerry M. Dumlao

Page 2 of 2

Ansari v. ABC Legal Service, Inc., et al.
U.S. Dist. Court (ND Cal.) – San Jose Division, Case No. CV-11-03542 EJD
CERTIFICATE OF SERVICE